IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3090 |
| vs. | |
| ROBERT AGUILAR<br>a/k/a ROBERTO AGUILAR, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 40) Count II of the indictment (filing 1).

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 40) is granted.

2. Count II of the indictment is dismissed without prejudice.

Dated this 8th day of March, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge