IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3090 |
| vs. | |
| ROBERT AGUILAR, | MEMORANDUM AND ORDER |
| Defendant. | |

At the request of the United States Probation Office, the Court, on its own motion, will revoke the defendant's release pending execution of sentence.

IT IS ORDERED:

1. For the reasons stated on the record, the Court finds that the defendant has violated a condition of his release, and will revoke that release pursuant to 18 U.S.C. § 3148.

2. The defendant is immediately remanded to the custody of the United States Marshal for service of sentence.

3. The defendant should, at the earliest date possible, be medically examined by the Bureau of Prisons, and diagnosed and treated, if medically necessary, for a possible "aneurysm" in the heart region.

4. This Clerk of Court is directed to provide a certified copy of this order of the United States Marshal.

Dated this 8th day of June, 2016.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge